| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>SCURA, WIGFIELD, HEYER,<br>STEVENS & CAMMAROTA, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Telephone: 973-696-8391<br>David L. Stevens<br>dstevens@scura.com<br>Counsel for the Debtor |
| In Re:<br><br>Rudy Trbovich |

Order Filed on February 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 14-23481

Chapter: 13

Hearing Date: 02/07/2019

Judge: VFP

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: February 11, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 27 Stuckler Lane, Wayne, NJ 07470

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: Wells Fargo Bank, N.A.
    b. Current Assignee: Wells Fargo Bank, N.A.
    c. Current Servicer: Wells Fargo Bank, N.A.
    d. Date of Mortgage/Lien: May 4, 2006
    e. Date of Recordation: June 07, 2006
    f. Place of Recordation: Passaic County Clerk
        i. Mortgage Book: 7669
        ii. Page: 61
    g. Original Principal Balance of Mortgage/Lien: $ 185,000.00

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*