# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−23481−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rudy Trbovich
   27 Stuckler Lane
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−9867

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☑ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: February 28, 2019
JAN: lc

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-23481-VFP
Rudy Trbovich                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2           Date Rcvd: Feb 28, 2019
                              Form ID: cscnodsc          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2019.
```
db             +Rudy Trbovich,    27 Stuckler Lane,    Wayne, NJ 07470-3624
aty             Paul V. Buonaguro,    Division of Law,    RJ Hughes Justice Complex,    25 Market St,,
                 PO Box 106,    Trenton, NJ 08625-0106
cr              New Jersey Department of Health,    P.O. Box 360,    Trenton, NJ 08625-0360
cr             +Seterus, Inc. as the authorized subservicer for Fe,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway, Suite 302,    Roseland, NJ 07068-1640
cr             +Toyota Motor Credit Corporation,    Attn Becket & Lee, LLP,    PO Box 3001 Dept.,
                 Malvern, PA 19355-0701
cr             +Valley National Bancorp,    1455 Valley Road,    Wayne, NJ 07470-8448
514890172       Central Management Office,    C/O CSC,    PO Box 29134,    Shawnee Mission, KS 66201-9134
514890177       Federal National Mortgage Associates,    c/o Seterus,    PO Box 1047,    Hartford, CT 06143-1047
514890175       New Jersey Attorney General Office,    Richard J. Hughes Justice Complex,
                 25 Market Street, PO Box 112,    Trenton, NJ 08625-0112
514890176      +New Jersey Division of Taxation,    50 Barrack Street 9th Floor,    P.O. Box 245,
                 Trenton, NJ 08602-0245
515265913       New Jersey Early Intervention,    System/CMO Coordinator,    New Jersey Dept. of Health,
                 Family Health Services,    PO BOX 364,    Trenton, NJ 08625-0364
514890178     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    PO Box 8026,    Cedar Rapid, IA  52408)
514917111       Toyota Lease Trust,    PO Box 8026,    Cedar Rapids, Iowa  52408-8026
514890180      +Valley National Bank,    Jeffrey Ferentchak, VP,    60 Hempstead Avenue, 2nd Floor,
                 West Hempstead, NY 11552-2148
514890181      +Vincent J. Massa, III,    Jones & Jones,    45 Essex Street,    Hackesack, NJ 07601-5493
515095626       Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus X2303-01A,
                 Des Moines, IA 50328-0001
514890182       Wells Fargo Bank, NA,    P.O. Box 560948,    Attn: President, CEO, Registered Agent,
                 Des Moines, IA  50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 01 2019 00:20:13     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 01 2019 00:20:10     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514890173      +Fax: 602-659-2196 Mar 01 2019 00:39:11     Chex Systems, Inc.,    Attn: Consumer Realtions,
                 7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
514890174       E-mail/Text: cio.bncmail@irs.gov Mar 01 2019 00:19:40     Internal Revenue Service,
                 PO Box 7346,    Centralized Insolvency Unit,    Philadelphia, PA  19101-7346
515151412      +E-mail/Text: lferreira@smsfinancial.net Mar 01 2019 00:20:33     SMS Financial 30, LLC,
                 6829 North 12th Street,    Phoenix, AZ 85014-1109
                                                                                              TOTAL: 5
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514890179*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co.,    PO Box 8026,    Cedar Rapids, IA  52408)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                                            Signature: /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 28, 2019
                              Form ID: cscnodsc        Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2019 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              David L. Stevens    on behalf of Debtor Rudy  Trbovich dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. cmecf@sternlav.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Vincent J. Massa, III    on behalf of Creditor    Valley National Bancorp
               vmassa@jonesandjonesesq.com
                                                                                             TOTAL: 6
```