UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9001-2(b)**

Order Filed on August 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Rudy Trbovich

Debtor,

Case No.: 14-23481

Adversary No.:

Judge: Vincent F. Papalia

# ORDER OF RECUSAL

The relief set forth on the following page is **ORDERED**.

**DATED: August 22, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Order of Recusal                                                                                                                                               Page 2

The Court having noted that recusal in this case is appropriate, it is hereby

ORDERED that the clerk shall randomly assign this case and any related cases or adversary proceedings listed below to another judge.

| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

*rev.8/1/15*