UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
dstevens@scura.com
David L. Stevens
*Counsel for Debtor*

**FILED**

JEANNE A. NAUGHTON, CLERK

**AUG 2 3 2019**

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

In Re:

**RUDY TRBOVICH**

                Debtor.

Chapter 13

Case No. 14-23481 (VFP)

Hon. Vincent F. Papalia

 Hearing Date: July 18, 2019 @ 10:00 a.m.

*Oral Argument Requested*

## ORDER TO REOPEN BANKRUPTCY CASE; CLOSING THE CASE UPON THE GRANTING OF THE MOTION TO COMPEL NEWTEK SMAL BUSINESS FINANCE, LLC REMOVE OF RECORD ITS LIEN; AND SANCTIONING CREDITOR

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

_US BJ_

8 -23 -19

Caption of Order: ORDER TO REOPEN BANKRUPTCY CASE; CLOSING THE CASE UPON THE
GRANTING OF THE MOTION TO COMPEL NEWTEK SMALL BUSINESS FINANCE, LLC TO REMOVE
OF RECORD ITS LIEN; AND SANCTIONING CREDITOR

This matter brought by way of motion by Rudy Trbovich, by and through his counsel, Scura,

Wigfield, Heyer, Stevens & Cammarota, LLP, seeking entry of an order to reopen the bankruptcy

case pursuant to 11 U.S.C. § 350(b) and closing the case upon the granting of a motion finding that

Newtek Small Business Finance, LLC ("Newtek") willfully failed to comply with a confirmation

order, compelling Newtek to take all appropriate action to release the lien against the Debtor's

property, and for compensatory and punitive damages as a result of its willful violation pursuant to

11 U.S.C § 1327(a) (the "Motion"); and the Court having considered the moving papers, the

objection thereto, if any, and the arguments of counsel, if any; and the Court having determined that

Newtek did take willful actions violative of the confirmation order; and good and sufficient notice of

the Motion having been provided to all parties in interest as set forth in the Certification of Service

filed with the Court; and good and sufficient cause having been shown,

It is hereby ORDERED as follows:

1. This bankruptcy case shall be re-opened.

2. Newtek shall take all actions necessary to release the lien against the Debtor's property.

3. Newtek shall compensate Debtor in the amount of $2,500.00, which amount represents the

   reasonable fees and costs necessitated by Newtek's violative actions. The $2,500.00 payment shall

   be made payable to the Debtor and delivered to Debtor's counsel within ten days of entry of this

   order.

4. A Trustee shall not be appointed

5. The case shall be immediately reclosed