UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9001-2(b)**

In Re:

Rudy Trbovich

Debtor,

Order Filed on August 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-23481

Adversary No.:

Judge: Vincent F. Papalia

# ORDER OF RECUSAL

The relief set forth on the following page is **ORDERED**.

**DATED: August 22, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Order of Recusal                                                                                                      Page 2

      The Court having noted that recusal in this case is appropriate, it is hereby

      ORDERED that the clerk shall randomly assign this case and any related cases or adversary proceedings listed below to another judge.

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Rudy Trbovich  
      Debtor

Case No. 14-23481-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 22, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.  
db          +Rudy Trbovich,    27 Stuckler Lane,    Wayne, NJ 07470-3624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:  
         Brian C. Nicholas    on behalf of Creditor    Toyota Motor Credit Corporation bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         David L. Stevens    on behalf of Debtor Rudy Trbovich dstevens@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. cmecf@sternlav.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Vincent J. Massa, III    on behalf of Creditor    Valley National Bancorp vmassa@jonesandjonesesq.com  
                                                                                                   TOTAL: 6