UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
dstevens@scura.com
David L. Stevens
*Counsel for Debtor*

In Re:

RUDY TRBOVICH

Debtor.

**FILED**
JEANNE A. NAUGHTON, CLERK

AUG 2 3 2019

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

Chapter 13

Case No. 14-23481 (VFP)

Hon. Vincent F. Papalia

Hearing Date: July 18, 2019 @ 10:00 a.m.

*Oral Argument Requested*

## ORDER TO REOPEN BANKRUPTCY CASE; CLOSING THE CASE UPON THE GRANTING OF THE MOTION TO COMPEL NEWTEK SMAL BUSINESS FINANCE, LLC REMOVE OF RECORD ITS LIEN; AND SANCTIONING CREDITOR

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

8-23-19

_____
USBJ

Debtor: Rudy Trbovich
Case No.: 14-23481 (VFP)
Caption of Order: ORDER TO REOPEN BANKRUPTCY CASE; CLOSING THE CASE UPON THE GRANTING OF THE MOTION TO COMPEL NEWTEK SMALL BUSINESS FINANCE, LLC TO REMOVE OF RECORD ITS LIEN; AND SANCTIONING CREDITOR

This matter brought by way of motion by Rudy Trbovich, by and through his counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking entry of an order to reopen the bankruptcy case pursuant to 11 U.S.C. § 350(b) and closing the case upon the granting of a motion finding that Newtek Small Business Finance, LLC ("Newtek") willfully failed to comply with a confirmation order, compelling Newtek to take all appropriate action to release the lien against the Debtor's property, and for compensatory and punitive damages as a result of its willful violation pursuant to 11 U.S.C § 1327(a) (the "Motion"); and the Court having considered the moving papers, the objection thereto, if any, and the arguments of counsel, if any; and the Court having determined that Newtek did take willful actions violative of the confirmation order; and good and sufficient notice of the Motion having been provided to all parties in interest as set forth in the Certification of Service filed with the Court; and good and sufficient cause having been shown,

*It is hereby ORDERED as follows:*

1. This bankruptcy case shall be re-opened.
2. Newtek shall take all actions necessary to release the lien against the Debtor's property.
3. Newtek shall compensate Debtor in the amount of $2,500.00, which amount represents the reasonable fees and costs necessitated by Newtek's violative actions. The $2,500.00 payment shall be made payable to the Debtor and delivered to Debtor's counsel within ten days of entry of this order.
4. A Trustee shall not be appointed
5. The case shall be immediately reclosed

United States Bankruptcy Court
District of New Jersey

In re:  
Rudy Trbovich  
       Debtor

Case No. 14-23481-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Aug 23, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2019.  
db          +Rudy Trbovich,   27 Stuckler Lane,    Wayne, NJ 07470-3624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2019 at the address(es) listed below:
        Brian C. Nicholas    on behalf of Creditor    Toyota Motor Credit Corporation bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        David L. Stevens    on behalf of Debtor Rudy  Trbovich dstevens@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com  
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. cmecf@sternlav.com  
        Marie-Ann  Greenberg    magecf@magtrustee.com  
        Vincent J. Massa, III    on behalf of Creditor    Valley National Bancorp vmassa@jonesandjonesesq.com
                                                                                                     TOTAL: 6